# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3328
LT Case No. 05-2008-CF-069232-A

_____

TIMOTHY MICHAEL THOMAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

Timothy Michael Thomas, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

July 28, 2026

PER CURIAM.

AFFIRMED. *See Maye v. State*, 51 Fla. L. Weekly S116, --- So. 3d ----, 2026 WL 1346031 (Fla. May 14, 2026).

MAKAR, EDWARDS, and BOATWRIGHT, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*